**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., and LPL LICENSING, L.L.C., <br><br>　　Plaintiffs, <br><br>　　v. <br><br> ING BANK, FSB, et al., <br><br>　　Defendants. | Civil Action No. 2:10-cv-00064 |

## DEFENDANTS' NOTICE OF DISCLOSURES

Defendants ING Bank, fsb, ShareBuilder Corporation, ING DIRECT Investing, Inc. (formerly, ShareBuilder Securities Corporation), Compass Bancshares, Inc., Compass Bank, and BBVA Compass Insurance Agency, Inc. (collectively, "Defendants") hereby notify the Court that Defendants have served their Joint Preliminary Invalidity Contentions and document production pursuant to Local Patent Rules 3-3 and 3-4 and the Court's Docket Control Order (Dkt. 193) on all counsel of record.

Dated: February 24, 2012

Respectfully submitted,

*/s/ Thatcher Rahmeier*
Francis DiGiovanni
Thatcher Rahmeier
Connolly Bove Lodge & Hutz LLP
1000 North Orange Street
P.O. Box 2207
Phone: (302) 658-9141
fdigiovanni@cblh.com
trahmeier@cblh.com

2

Melissa Richards Smith
Gilliam & Smith, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
melissa@gilliamsmithlaw.com

*Counsel for Defendants ING Bank, fsb, ShareBuilder Corporation, and ING DIRECT Investing, Inc.*

*/s/ Tonya M. Gray*
Gerald C Conley
Tonya M. Gray
Andrews & Kurth
1717 Main St
Suite 3700
Dallas, TX 75201
Phone: (214) 659-4471
geraldconley@andrewskurth.com
tonyagray@andrewskurth.com

*Counsel for Compass Bancshares, Inc., Compass Bank, and BBVA Compass Insurance Agency, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2012, the following counsel of record will be served with a copy of the foregoing "Defendants' Joint Preliminary Invalidity Contentions" in accordance with the following:

**Via E-mail and Federal Express:**
Sean A. Luner
Dovel & Luner
201 Santa Monica Blvd
Suite 600
Santa Monica, CA 90401
Phone: (310) 656-7066
sean@dovellaw.com

*/s/ Thatcher Rahmeier*
Thatcher Rahmeier